O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    ED CV 08-01055-SGL(OPx)                                    Date:  December 29, 2008

Title:    CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION AND BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS -v- EXPRESS CONSTRUCTION SERVICES, INC., ET AL
==========================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

      Jim Holmes                                  None Present
      Courtroom Deputy Clerk              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                  None present

PROCEEDINGS:     (IN CHAMBERS)
CASE MANAGEMENT MINUTES REGARDING ORDER SETTING DEADLINE FOR THE FILING OF RULE 55 (b) (2) MOTION FOR DEFAULT JUDGMENT

     The Court is in receipt of the September 5, 2009, request for entry of default by clerk against all defendants.   On October 21, 2008, the deputy clerk entered Default By Clerk as requested.

     The Court sets the deadline of January 23, 2009, for plaintiff to file a noticed motion for default judgment by Court, pursuant to Rule 55(b)(2).

     IT IS SO ORDERED.

### Judge Larson's E-Filing Memorandum Attachment

Counsel shall e-file all civil and criminal filings for Judge Larson pursuant to General Order 08-02, filed on March, 2008 (**superseding** General Order No. 07-08).  Although the procedure is set forth in great detail in General Order 08-02, generally, the procedure consists of the following three steps:

Step 1:   All *non-signature* items shall be e-filed in **.pdf format.**

Step 2:   In addition to being e-filed, all proposed *signature* items shall be e-mailed to the chambers electronic mailbox in **Microsoft Word** or **WordPerfect format**. **WordPerfect format is preferred**.  The chambers e-mail address is **sgl_chambers@cacd.uscourts.gov**

Step 3:   A paper copy of all e-filed documents shall be delivered to chambers **no later than noon the day after e-filing**.  All copies delivered to chambers shall have the Notice of E-filing attached thereto.  For ease of use, declarations, notices, appendices, and similar documents that have multiple exhibits attached thereto shall separate the exhibits with numbered or lettered tabs.

### UNDER SEAL FILINGS

Documents to be filed under seal may not be e-filed and are subject to different procedures. To file documents under seal, the following steps must be taken:

Step 1:   Manually file an ex parte application to file the documents under seal and concurrently lodge an original and one copy of the documents to be filed under seal.

Step 2:   E-file a Notice of Manual Filing.

Step 3:   E-mail a .pdf copy of that ex parte application to the chambers e-mail address together with a WordPerfect or Microsoft Word version of the proposed order for the Court's consideration.  WordPerfect format is preferred.

### DO NOT OMIT ANY OF THE ABOVE STEPS.

For any additional questions, please refer to the General Order or call the Helpline @ 213-894-0242.

(Revision date January 16, 2008)

ED CV 08-01055-SGL(OPx)
CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION AND BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS v EXPRESS CONSTRUCTION SERVICES, INC., ET AL
MINUTE ORDER of December 27, 2008