JS-6

1  PATRICK T. CONNOR, Bar No. 89136
2  pconnor@deconsel.com
   YAN GERSHFELD, Bar No. 251375
3  ygershfeld@deconsel.com
   DeCARLO, CONNOR & SHANLEY
4  A Professional Corporation
   533 S. Fremont Avenue, 9th Floor
5  Los Angeles, California 90071-1706
   Telephone:  213/488-4100
6  Telecopier: 213/488-4180

7  ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
   ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
8  FOR THE CARPENTERS SOUTHWEST TRUSTS

9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11
                          EASTERN DIVISION
12

13
   CARPENTERS SOUTHWEST              )   CASE NO.  EDCV 08-01055
14 ADMINISTRATIVE CORPORATION, a     )   SGL(OPx)
   California non-profit corporation; and )
15 BOARD OF TRUSTEES FOR THE         )
   CARPENTERS SOUTHWEST TRUSTS,      )
16                                   )   [PROPOSED] JUDGMENT
                        Plaintiffs,  )
17                                   )
   v.                                )
18                                   )
   EXPRESS CONSTRUCTION SERVICES,    )   Before the Honorable
19 INC., a California corporation;    )   Stephen G. Larson
   EXPRESS EMPLOYEE LEASING CO.,     )
20 INC., a Nevada corporation, also known as )
   EXPRESS EMPLOYEE LEASING, INC.;   )
21 and DOES 1 through 10, inclusive, )
                                     )   DATE:  March 23, 2009
22                      Defendants.  )   TIME:  10:00 a.m.
                                     )   CTRM:  One
23 _____    )

24
          This case came for hearing on March 23, 2009 before the Honorable
25
   Stephen G. Larson, United States District Court Judge.
26
          It appearing that defendants, EXPRESS CONSTRUCTION SERVICES,
27
   INC., a California corporation and EXPRESS EMPLOYEE LEASING CO., INC.,
28
   a Nevada corporation, also known as EXPRESS EMPLOYEE LEASING, INC.,

1  having been regularly served with process, having failed to plead or otherwise

2  defend this action and its default having been entered; on application of the

3  CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and

4  BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to

5  the Court and after having considered the papers and arguments submitted in

6  support thereof, and good cause appearing therefore,

7      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

8  CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and

9  BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

10  have judgment against EXPRESS CONSTRUCTION SERVICES, INC., a

11  California corporation and EXPRESS EMPLOYEE LEASING CO., INC., a

12  Nevada corporation, also known as EXPRESS EMPLOYEE LEASING, INC.,

13  ("DEFENDANTS") as follows:

14      For an order compelling submission to an audit of their business records for

15  the period June 1, 2006 to the present and allowing the auditors to examine and

16  copy the following books, records, papers, documents and reports:  all job cost

17  records, general check register and check stubs, bank statements and canceled

18  checks, general ledgers, worker compensation insurance reports, financial

19  statements, cash disbursements ledgers, corporate income tax returns, employee

20  time cards, payroll journals, individual earnings records of all employees, forms

21  W-2, 1099 and 1096 submitted to the U.S. Government, Nevada quarterly state tax

22  returns (DE-3's), health and welfare and pension report for all other trades, cash

23  receipts' journal, copies of all contracts and all material invoices.

24  ////

25

26  ////

27

28  ////

1    IT IS FURTHER ORDERED that DEFENDANTS shall pay attorney's fees

2  in the amount of $525.00 and costs pursuant to the Bill of Costs. *prof before*

3  *Clerk of Court*

4  DATED: 4-6-09

5                                    THE HONORABLE STEPHEN G. LARSON
                                     UNITED STATES DISTRICT JUDGE

6  Presented by,

7  DeCARLO, CONNOR &SHANLEY
   A Professional Corporation

8

9  By:    /s/  Yan Gershfeld
          YAN GERSHFELD
10         Attorney for Plaintiffs

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3